# IN THE SUPREME COURT OF THE STATE OF NEVADA

TUESDAY LYNCH,
                    Appellant,
            vs.
RENO SUITES, INC.,
                    Respondent.

No. 84913

**FILED**

JUN 3 0 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S.Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order granting a motion to dismiss an appeal from Reno Justice Court. Second Judicial District Court, Washoe County; Connie J. Steinheimer, Judge.

The district courts have final appellate jurisdiction over cases arising in the justice courts. Nev, Const. art. 6, § 6; *see also Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969). Accordingly, this court lacks jurisdiction over this appeal, and therefore

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc:    Hon. Connie J. Steinheimer, District Judge
       Tuesday Lynch
       Hoy Chrissinger Vallas, PC
       Washoe District Court Clerk

22-20636